**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **HANNA MACKENZIE SCOTT** | : | |
| | : | |
| *Plaintiff*, | : | **Case No. 2:26-cv-00303-SDM-KAJ** |
| | : | |
| **v.** | : | **Judge Sarah D. Morrison** |
| | : | |
| **EXPERIAN INFORMATION** | : | **Magistrate Judge Kimberly A.** |
| **SOLUTIONS, INC.,** | : | **Jolson** |
| | : | |
| **and** | : | |
| | : | |
| **TRANS UNION LLC,** | : | |
| | : | |
| *Defendants.* | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes Blaique J. Brown of Barnes & Thornburg LLP as identified in the following signature block and notifies this Court and all parties of record of her appearance as counsel for Defendant Experian Information Solutions, Inc.

Please provide all notices, pleadings, correspondence and/or any and all other documents relating to this case to Attorney Brown as counsel for Defendant Experian Information Solutions, Inc.

Dated: May 12, 2026

Respectfully Submitted,

*/s/ Blaique J. Brown*
Blaique J. Brown (0104790)
**BARNES & THORNBURG LLP**
41 S. High Street, Ste. 3300
Columbus, Ohio 43215-6104
Phone: (614) 628-1401
Blaique.Brown@btlaw.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, a copy of the foregoing Notice of Appearance was filed electronically via CM/ECF and served on all parties of record by operation of the Court's electronic filing system.

/s/ Blaique J. Brown
Blaique J. Brown (0104790)

2